```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MEDIA PRODUCTS, INC. DBA DEVIL'S FILM,   :      12 Civ. 3631 (DLC)
                 Plaintiff,              :
                                         :         ORDER
          -v-                            :
                                         :
DOES 1-26,                               :
                 Defendant.              :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/5/2012

DENISE COTE, District Judge:

On May 17, 2012, this Court issued an Order granting plaintiff's motion for leave to take discovery prior to Rule 26(f) conference (the "May 17 Order"). It is hereby

ORDERED that the May 17, 2012 Order on the motion for leave to take discovery prior to Rule 26(f) conference is vacated.

IT IS FURTHER ORDERED that the plaintiff shall immediately notify any Internet Service Providers on whom the plaintiff has served a subpoena pursuant to Fed. R. Civ. P. 45 that the May 17 Order has been vacated.

IT IS FURTHER ORDERED that the plaintiff shall take no further action against any defendant based on information obtained through a Rule 45 subpoena without a prior application to the Court.

IT IS FURTHER ORDERED that the plaintiff show cause by **June 12, 2012**, in a submission no longer than five pages, why an Order should not be entered severing defendants John Does 2-26.

IT IS FURTHER ORDERED that, in the event defendants John Does 2-26 are severed, the plaintiff shall mark as related any re-filed actions by the plaintiff against these defendants.

SO ORDERED:

Dated:   New York, New York
         June 5, 2012

                                    _____
                                         DENISE COTE
                                    United States District Judge