USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MEDIA PRODUCTS, INC. DBA DEVIL'S FILM,   :   12 Civ. 3631 (DLC)
                    Plaintiff,           :
                                         :      ORDER
          -v-                            :
                                         :
DOES 1-26,                               :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On June 5, 2012 plaintiff was ordered to show cause why an Order should not be entered severing defendants John Does 2-26. The plaintiff filed its response on June 6. It is hereby

ORDERED that the Clerk of Court shall sever John Does 2-26 and dismiss the claims against them.

IT IS FURTHER ORDERED that the plaintiff shall mark as related any re-filed actions against one or more of these defendants.


SO ORDERED:

Dated:    New York, New York
          June 15, 2012

                                    _____
                                          DENISE COTE
                                    United States District Judge